TONY HUTNICH, Appellant, v. BERNT C. HAAKONSON, Respondent.— Order denying motion to set aside the verdict reversed on the facts and a new trial granted, costs to appellant to abide the event, unless within five days from the entry of the order herein defendant stipulate that the verdict be increased to $750 and that judgment be entered thereon, with costs. If defendant so stipulate, the order is unanimously affirmed, without costs. The defendant rested without offering any proof. We think plaintiff's evidence was sufficient to sustain the finding of negligence against the defendant. He suffered a broken collar bone and other minor injuries and the medical bills amounted to $102. The amount awarded by the jury was clearly inadequate. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of PAUL F. FOSTER, Appellant, against JOHN A. HASTINGS, Respondent.*— Order denying motion to punish the judgment debtor for contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty and Davis, JJ., concur; Carswell, J., not voting.

In the Matter of the Application of JOSEPH E. IMPARA and SUBORDINATE UNION LOCAL No. 83, OF MOUNT VERNON, NEW YORK, of the Bricklayers, Masons and Plasterers International Union of America, Appellants, for a Mandamus Order against EUGENE S. FISKE, as Comptroller of the City of Mount Vernon, Respondent.— Order denying motion for a peremptory mandamus order unanimously affirmed, with costs, as a matter of law and not of discretion. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of Proving the Last Will and Testament of MARY KEENAN, Deceased. MARGARET K. SCHAUB and Others, Appellants; JAMES J. KEENAN and JOHN E. KEENAN, as Executors, etc., of MARY KEENAN, Deceased, Respondents.— Decree of the Surrogate's Court of Queens county unanimously affirmed, with costs to the proponents, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THADDEUS A. JACKSON, Appellant, v. TU-LIP DRILL GRINDER MFG. CO., INC., and Others, Respondents.— Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

EPHRAIM F. JEFFE, Appellant, v. PEARL JEFFE, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.